UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER, JR.,<br><br>                    Plaintiff,<br><br>        v.<br><br>JACINTO, et al.,<br><br>                    Defendants. | Case No.  2:24-cv-03800-DAD-JDP (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(Doc. Nos. 4, 12) |

Plaintiff Billy Driver, Jr. is a state prisoner proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 22, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's application to proceed *in forma pauperis* (Doc. No. 4), be denied. (Doc. No. 12.)  Specifically, the magistrate judge concluded that plaintiff has brought three prior cases which were dismissed for failure to state a claim upon which relief may be granted and that in both his original complaint and first amended complaint he had failed to allege facts demonstrating that he faced imminent danger of physical injury at the time he filed the complaint in this action.  (*Id.* at 1–2.)  Accordingly, the magistrate judge concluded that plaintiff's application for leave to proceed in forma pauperis should be denied pursuant to 28 U.S.C.

/////

1

1  § 1915(g) and that he should be directed to pay the required filing fee within twenty-one (21)
2  days. (*Id.* at 3.)
3      The pending findings and recommendations were served on the parties and contained
4  notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at
5  3.) To date, no objections to the findings and recommendations have been filed, and the time in
6  which to do so has now passed.
7      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
8  *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the
9  findings and recommendations are supported by the record and by proper analysis.
10      Accordingly:
11      1. The findings and recommendations issued on May 22, 2025 (Doc. No. 12) are
12         ADOPTED in full;
13      2. Plaintiff's application to proceed *in forma pauperis* (Doc. No. 4) is DENIED and
14         plaintiff is directed to pay the required filing fee in connection with this action within
15         twenty-one (21) days of this order;
16      3. Plaintiff is advised that his failure to pay the filing fee within the time provided by this
17         order will result in the dismissal of this action without prejudice; and
18      4. This matter is referred back to the assigned magistrate judge for further proceedings.
19      IT IS SO ORDERED.
20  Dated: **August 15, 2025**
21                                       DALE A. DROZD
                                      UNITED STATES DISTRICT JUDGE