UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER, JR., | Case No. 2:24-cv-03800-DAD-JDP (PC) |
| Plaintiff, | |
| v. | ORDER DISMISSING ACTION |
| JACINTO, et al, | |
| Defendants. | |

Plaintiff Billy Driver, Jr. is a state prisoner proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 18, 2025, the Court issued an order adopting the assigned magistrate judge's May 22, 2025 findings and recommendations and denying plaintiff's application for leave to proceed *in forma pauperis* because plaintiff has suffered three prior strike dismissals within the meaning of 28 U.S.C. § 1915(g). (Doc. No. 13). In that order the court granted plaintiff twenty-one days in which to pay the $405 filing fee for this action and warned him that his failure to timely submit the required filing fee would result in the dismissal of this action. (*Id.* at 2.) Plaintiff has not paid the filing fee, and the allotted time has passed.

/////

/////

1

Accordingly, it is hereby ORDERED that:

1. This action is dismissed without prejudice due to plaintiff's failure to pay the required filing fee;

2. Plaintiff's outstanding motions (Doc. Nos. 7, 10) are denied as having been rendered moot by this order; and

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **September 15, 2025**

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2